```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 14105
   ROBERT K HUJER
   BARBARA J HUJER                         CHAPTER 13

                                           JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-8337     SSN XXX-XX-2234


---------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/31/06 and confirmed on 03/16/07.

     2.  The case was dismissed after confirmation, 04/04/2008.

     3.  The Debtor paid a total of $   7870.00 .

     4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------
WELLS FARGO FINANCIAL IN  CURRENT MORTG          .00            .00            .00
WELLS FARGO FINANCIAL IN  MORTGAGE ARRE          .00            .00            .00
BENEFICIAL MORTGAGE CO O  SECURED                .00            .00            .00
BENEFICIAL MORTGAGE CO O  MORTGAGE ARRE          .00            .00            .00
*CITIFINANCIAL            SECURED VEHIC       750.00          25.09         750.00
LAKE COUNTY COLLECTOR     SECURED                .00            .00            .00
AMERICASH LOANS           UNSECURED          3064.57            .00         405.11
ECAST SETTLEMENT CORPORA  UNSECURED          8142.75            .00        1076.41
CAPITAL ONE BANK          UNSECURED           488.50            .00          64.58
RESURGENT CAPITAL SERVIC  UNSECURED          2299.76            .00         304.01
RESURGENT CAPITAL SERVIC  UNSECURED          3633.75            .00         480.35
DISCOVER BANK             UNSECURED          3613.66            .00         477.70
ECAST SETTLEMENT CORPORA  UNSECURED          4235.00            .00         559.84
ECAST SETTLEMENT CORPORA  UNSECURED          2330.41            .00         308.06
KOHLS                     UNSECURED           490.16            .00          64.80
PEOPLES GAS               UNSECURED         NOT FILED           .00            .00
AMERICASH LOANS           UNSECURED          1649.54            .00         218.06
AMERICASH LOANS           UNSECURED          2893.74            .00         382.54
          Summary of disbursements:

                      SECURED      PRIORITY     UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------
TOTAL CLMS ALLOWED      750.00          .00      32841.84        .00      33591.84
PRINCIPAL PAID          750.00          .00       4341.46        .00       5091.46
INTEREST PAID            25.09          .00           .00        .00         25.09
TOTAL PAID              775.09          .00       4341.46        .00       5116.55
The Debtor's attorney, RICHARD T JONES                 , was allowed $   3000.00
and was paid $    500.00  direct and $    2500.00  through the plan.

The Trustee received $      253.45 .
```

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE